UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WINFRED E. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:13-CV-111-FL |
| KELLY SERVICES, INC. and ) | |
| GIBBS INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2014, and for the reasons set forth more specifically therein, that this action is barred by the statute of limitations and defendants' motions to dismiss are granted

**This Judgment Filed and Entered on March 6, 2014, and Copies To:**

Geraldine Sumter (via CM/ECF Notice of Electronic Filing)
Leslie Price Lasher (via CM.ECF Notice of Electronic Filing)
Patricia T. Bartis (via CM.ECF Notice of Electronic Filing)
Matthew Hilton Mall (via CM.ECF Notice of Electronic Filing)

| | |
|---|---|
| March 6, 2014 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |